IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       1:14cr401-MHT
                            )            (WO)
KAMARIAN D. MILLENDER       )
```

## ORDER

In accordance with the opinion entered this date, it is ORDERED as follows:

(1) Defendant Kamarian D. Millender's pro se motion to withdraw guilty plea (doc. no. 16) is denied.

(2) Sentencing shall resume on December 12, 2014, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 8th day of December, 2014.

                                            /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE