IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       1:14cr401-MHT
                            )           (WO)
KAMARIAN D. MILLENDER       )
```

ORDER

Based on the representations made on the record on March 3, 2015, it is ORDERED that defendant Kamarian D. Millender's motion to extend self-surrender date (doc. no. 52) is granted to the extent that defendant Millender shall self-surrender on or before 2:00 p.m. on March 12, 2015. If defendant Millender desires to remain in the Montgomery, Alabama area to resolve his state case, he shall self-surrender to the U.S. Marshal in Montgomery at the designated time on March 12, 2015. There will be no further extension.

DONE, this the 4th day of March, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE