IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       1:14cr401-MHT
                            )           (WO)
KAMARIAN D. MILLENDER       )
```

## ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on December 2, 2015 (doc. no. 57), affirming the judgment of conviction and sentence pronounced in this case as to defendant Kamarian D. Millender on December 12, 2014, and entered on December 18, 2014 (doc. no. 36), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on March 1, 2016, and received in the office of the clerk of this court on March 1, 2016 (doc. no. 64), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Kamarian D. Millender on December 12, 2014,

and entered on December 18, 2014 (doc. no. 36), is continued in full force and effect.

DONE, this the 2nd day of March, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**