IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:14cr401-MHT |
| | ) | (WO) |
| KAMARIAN D. MILLENDER | ) | |

OPINION AND ORDER

Upon consideration of the defendant Kamarian D. Millender's "motion to dismiss restitution" (doc. no. 67), it is ORDERED that the motion is denied.

***

The court does not have the authority to dismiss, modify, or cancel the restitution based on defendant Millender's challenge to the factual basis for his plea. *See Cani v. United States*, 331 F.3d 1210 (11th Cir. 2003). Nor has he shown changed circumstances warranting a modification of the order. *See* 18 U.S.C. § 3664(k).

DONE, this the 18th day of April, 2018.

                                         /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE